# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 4, 2021

Lyle W. Cayce
Clerk

No. 20-11116
Conference Calendar

───────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DAVID EUGENE TURNER, JR.,

*Defendant—Appellant*.

───────────

Appeal from the United States District Court
for the Northern District of Texas
No. 6:20-CR-9-1

───────────

Before SMITH, STEWART, and HIGGINSON, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent David Turner, Jr., has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Turner has not filed a response. We have reviewed counsel's brief and relevant portions of the

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-11116

record.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.